**NET TALK.COM, INC., a Florida Corporation, Plaintiff-Appellee**

v.

**MAGICJACK VOCALTEC LTD., an Israel Limited Partnership, Magicjack Holdings Corporation, a Delaware Corporation, FKA YMAX Holdings Corporation, Magicjack LP, a Delaware Limited Partnership, Defendants-appellants**

Michele Borislow, Personal Representative of the Estate of Daniel Borislow, Defendant

2016-1683

United States Court of Appeals, Federal Circuit.

April 6, 2017

MATTHEW MCANDREWS, Niro McAndrews LLC, Chicago, IL, argued for plaintiff-appellee. Also represented by KYLE WALLENBERG.

DARRYL MICHAEL WOO, Vinson & Elkins LLP, San Francisco, CA, argued for defendants-appellants. Also represented by JANICE TA, STEPHEN C. STOUT, Austin, TX.

(Wallach, Taranto, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**